IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE GRAY INSURANCE COMPANY,

      Plaintiff,

v.                                                    Case No.: 8:23-cv-00271-WFJ-AAS

WRP CONSTRUCTION, INC. and
WILSON R. PESANTEZ,

      Defendants.
_____/

## THE GRAY INSURANCE COMPANY'S
## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff, The Gray Insurance Company ("Gray"), through its undersigned counsel, pursuant to Fed.R.Civ.P. 55(a) and Local Rule 1.10, moves for the Entry of a Clerk's Default against Defendants, WRP Construction, Inc. ("WRP") and Wilson R. Pesantez ("Pesantez") (collectively, "Defendants") and, in support thereof, states as follows:

1. On February 8, 2023, Gray filed its Complaint (D.E. 1) against the Defendants, WRP and Pesantez.

2. On February 14, 2023, Gray properly served WRP with a Summons and Complaint. *See* Verified Return of Service (D.E. 9).

3. Accordingly, a written response to the Complaint was due to be filed by WRP no later than March 6, 2023.

4. On February 16, 2023, Gray properly served Pesantez with a Summons and Complaint. *See* Verified Return of Service (D.E. 10).

5.	Accordingly, a written response to the Complaint was due to be filed by Pesantez no later than March 8, 2023.

6.	As of the date of this Motion, none of the Defendants have filed a responsive pleading, nor has a notice of appearance been filed on the Defendants' behalf.  Accordingly, the Defendants have failed to plead or defend against Gray's claims in the manner provided by the Federal Rules of Civil Procedure.

7.	Upon information and belief, none of the Defendants are engaged in active military service.  Moreover, the Defendants are not infants or incompetent persons.

WHEREFORE, Plaintiff, The Gray Insurance Company, respectfully requests that this Court enter an Order directing the Clerk to enter a Default against the Defendants, WRP Construction, Inc. and Wilson R. Pesantez, for failing to timely file a response to the Complaint and requests such other and further relief as this Court deems just and proper under the circumstances.

Dated March 13, 2023.

/s/ *Alberta L. Adams*
Alberta L. Adams
PASKERT DIVERS THOMPSON
Fla. Bar No. 80063
Email: aadams@pdtlegal.com
100 North Tampa Street, Suite 3700
Tampa, Florida 33602
Telephone: (813) 229-3500
Facsimile: (813) 229-3502

*Attorneys for The Gray Insurance Company*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on March 13, 2023, I electronically filed the foregoing with the Court's CM/ECF system, which will provide service via electronic mail to all registered participants registered to receive CM/ECF notification from the Court, and via U.S. Mail to the Defendants:

WRP Construction, Inc.
c/o S&S Accountax Co, Registered Agent
Suite A2
2180 Central Florida Parkway
Orlando, FL 32837

Wilson R. Pesantez
1717 Ronald Reagan Pkwy
Davenport, FL 33896

                                                By: /s/ Alberta L. Adams
                                                          *Attorney*